Form 132 – 13sum

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  17–28348–CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Romain M. Raina                          Katia Raina
283 South Main Street                    283 South Main Street
Barnegat, NJ 08005                       Barnegat, NJ 08005

Social Security No.:
  xxx–xx–9926                            xxx–xx–4594

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:              11/1/17
Time:              10:00 AM
Location:          Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

        An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

        **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: September 25, 2017
JAN: pbf

                          Jeanne Naughton
                          Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-28348-CMG
Romain M. Raina                                                           Chapter 13
Katia Raina
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 1          Date Rcvd: Sep 25, 2017
                             Form ID: 132            Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2017.
db          #+Romain M. Raina,    283 South Main Street,    Barnegat, NJ 08005-2301
jdb          +Katia Raina,    283 South Main Street,    Barnegat, NJ 08005-2301
517059506    +AT&T Universal Card,    PO Box 6500,    Sioux Falls, SD 57117-6500
517059505    +American Express,    PO Box 1270,    Newark, NJ 07101-1270
517059507   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court:  Bank of America,    PO Box 982238,    El Paso, TX 79998)
517059511    +Citi Bank,    PO Box 6500,    Sioux Falls, SD 57117-6500
517059510    +Citi Bank,    PO Box 6241,    Sioux Falls, SD 57117-6241
517059513    +Home Depot,    PO Box 790328,    Saint Louis, MO 63179-0328
517059514    +Ken Sullivan,    283 South Main Street,    Barnegat, NJ 08005-2301
517059515    +M&T Bank,    PO. Box 619063,    Dallas, TX 75261-9063
517059516    +Specialized Loan Servicing,    8742 Lucent Blvd Suite 300,    Littleton, CO 80129-2386
517059517    +Steve Arnold Buck,    283 South Main Street,    Barnegat, NJ 08005-2301
517059518    +Sutton Group D.C,    1313 14th St. NW,    Washington, DC 20005-3610
517059519     US Department of Education,    Fedloan Servicing,    PO Box 530210,    Atlanta, GA 30353-0210


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Sep 25 2017 23:19:49     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 25 2017 23:19:46     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517059512    +E-mail/Text: mrdiscen@discover.com Sep 25 2017 23:19:08     Discover,    PO Box 71084,
               Charlotte, NC 28272-1084
517067780     E-mail/Text: mrdiscen@discover.com Sep 25 2017 23:19:08     Discover Bank,
               Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
                                                                                       TOTAL: 4


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517059508*   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court:  Bank of America,    PO Box 982238,    El Paso, TX 79998)
517059509*   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court:  Bank of America,    PO Box 982238,    El Paso, TX 79998)
                                                                            TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2017                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 25, 2017 at the address(es) listed below:
          Albert  Russo   docs@russotrustee.com
          Denise E. Carlon   on behalf of Creditor   M&T BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Eugene D. Roth   on behalf of Debtor Romain M. Raina erothesq@gmail.com
          Eugene D. Roth   on behalf of Joint Debtor Katia  Raina erothesq@gmail.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                        TOTAL: 5