Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−28348−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Romain M. Raina                                          Katia Raina
   283 South Main Street                                    283 South Main Street
   Barnegat, NJ 08005                                       Barnegat, NJ 08005

Social Security No.:
   xxx−xx−9926                                              xxx−xx−4594

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on June 14, 2018.

On January 15, 2019 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:           February 20, 2019
Time:           10:00 AM
Location:       Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: January 16, 2019
JAN: pbf

                                                                Jeanne Naughton
                                                                Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                        Case No. 17-28348-CMG
Romain M. Raina                                               Chapter 13
Katia Raina
        Debtors                   CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                Page 1 of 2                 Date Rcvd: Jan 16, 2019
                              Form ID: 185               Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 18, 2019.
db             #+Romain M. Raina,    283 South Main Street,    Barnegat, NJ 08005-2301
jdb             +Katia Raina,   283 South Main Street,    Barnegat, NJ 08005-2301
517059506       +AT&T Universal Card,    PO Box 6500,    Sioux Falls, SD 57117-6500
517059505       +American Express,    PO Box 1270,   Newark, NJ 07101-1270
517231100        American Express Bank, FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517059507      ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                 (address filed with court:    Bank of America,    PO Box 982238,    El Paso, TX 79998)
517198550       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517059510       +Citi Bank,   PO Box 6241,    Sioux Falls, SD 57117-6241
517059511       +Citi Bank,   PO Box 6500,    Sioux Falls, SD 57117-6500
517059513       +Home Depot,   PO Box 790328,    Saint Louis, MO 63179-0328
517059514       +Ken Sullivan,    283 South Main Street,    Barnegat, NJ 08005-2301
517059515       +M&T Bank,   PO. Box 619063,    Dallas, TX 75261-9063
517059516       +Specialized Loan Servicing,    8742 Lucent Blvd Suite 300,    Littleton, CO 80129-2386
517059517       +Steve Arnold Buck,    283 South Main Street,    Barnegat, NJ 08005-2301
517059518       +Sutton Group D.C,    1313 14th St. NW,    Washington, DC 20005-3610
517090778       +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                  8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517059519        US Department of Education,    Fedloan Servicing,    PO Box 530210,    Atlanta, GA 30353-0210

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 17 2019 01:11:21     U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 17 2019 01:11:16     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
517059512      +E-mail/Text: mrdiscen@discover.com Jan 17 2019 01:10:26     Discover,   PO Box 71084,
                  Charlotte, NC 28272-1084
517067780       E-mail/Text: mrdiscen@discover.com Jan 17 2019 01:10:26     Discover Bank,
                  Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
517125925       E-mail/Text: camanagement@mtb.com Jan 17 2019 01:10:49     M&T Bank,   P.O. Box 1288,
                  Buffalo, NY 14240-1288
517241712       E-mail/Text: bnc-quantum@quantum3group.com Jan 17 2019 01:11:10
                  Quantum3 Group LLC as agent for,    CF Medical LLC,   PO Box 788,   Kirkland, WA 98083-0788
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517059509*     ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                 (address filed with court:    Bank of America,    PO Box 982238,    El Paso, TX 79998)
517059508*     ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                 (address filed with court:    Bank of America,    PO Box 982238,    El Paso, TX 79998)
                                                                                    TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin                Page 2 of 2            Date Rcvd: Jan 16, 2019
                              Form ID: 185               Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2019 at the address(es) listed below:
              Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo     docs@russotrustee.com
              Denise E. Carlon     on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon     on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York
               as successor Indenture trustee to JPMorgan Chase Bank, National Association for CWHEQ Revolving
               Home Equity Loan Trust, Series 2005-D dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Eugene D. Roth     on behalf of Joint Debtor Katia    Raina erothesq@gmail.com
              Eugene D. Roth     on behalf of Debtor Romain M. Raina erothesq@gmail.com
              Rebecca Ann Solarz     on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
               York as successor Indenture trustee to JPMorgan Chase Bank, National Association for CWHEQ
               Revolving Home Equity Loan Trust, Series 2005-D rsolarz@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```